THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN MIKULSKI, Appellant. [639 NYS2d 89]

It is well established that a finding of a violation of probation must be based upon a preponderance of the evidence (*see, People v Yutesler,* 177 AD2d 732, citing *People v Machia,* 96 AD2d 1113; *see also,* CPL 410.70 [3]; *People v Powell,* 209 AD2d 645; *People v Bushey,* 114 AD2d 690). The County Court's determination that the defendant violated a condition of his probation is supported by a preponderance of the evidence in the record.

The defendant's remaining contentions are without merit. Santucci, J. P., Krausman, Goldstein and Florio, JJ., concur.